IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSE ANTONIO DIAZ | ) | |
| | ) | 05-256 |
| v. | ) | CR. No. ~~99-~~091L |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**MOTION FOR EXTENSION OF TIME**

Comes now the United States of America, by and through its undersigned attorney, and asking for an extension of two days because the prosecutor was delayed by Court commitments.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 30th of June 2005, I served a copy of the within Motion for Extension of Time, by mailing same, postage prepaid, to:

Jose Diaz
Federal Correctional Institution
Post Office Box 34550
Memphis, Tennessee 38184-0550

Baudette E. Hamache