UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Jose Diaz

Petitioner

VS.

CR 99-91L
CA 05-256L

USA

Respondent

TRANSFER ORDER

This Petition is addressed to the First Circuit court of Appeals. It was filed with this Court on June 13, 2005.

This matter is transferred to the United States Court of Appeals for the First Circuit in the interest of justice. 28 U.S.C. § 1631.

By Order,

Deputy Clerk

ENTER:

Senior U. S. District Judge
Ronald R. Lagueux
Dated: 7/11/05