UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

RECEIVED
JUL 13 2005
By: U.S. Court of Appeals

July 12, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: ***CA 05-256L***

Dear Mr. Donovan:

Enclosed herewith you will find file no. 05-256L together with Mr. Diaz's successive 2255. I have also enclosed a copy of the answer provided by the government and a certified copy of the docket entries.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Barbara J. Gilfillan
DEPUTY CLERK

ENC: Certified Docket

COA Dkt # 05-2063
7/19/05 H Camargo