CA 05-256L

RECEIVED
OCT 20 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
OF RHODE ISLAND
CLERK OF COURT
Clerk of District Court
Two Exchange Terrace
Providence, RI
02903

RE: FORMA PAUPERIS STATUS
(MANDATE IF ANY)

Dated 10-17-2005

DEAR CLERK,

I would like to know on just where I may stand upon my Forma Pauperis Status, and/or disposition, in case Number 99-DC-00091, Case Number 05-2063. I am prepared to continue on to the United States Court of Appeals at this time, however the Forma Pauperis Status is pending in the civil district court. Could you please check your files as to the outcome and disposition of the District Court. A reply is requested, to the attachment.

Thank You,

Jose A. Diaz # 04772-070

Jose A. Diaz
Federal Correctional Institution
P.O. Box 34550
Memphis, TN. 38184-0550