IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSE ANTONIO DIAZ | ) | |
| | ) | |
| v. | ) | CR. No. ~~99-~~091L 05-256 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**MOTION FOR EXTENSION OF TIME**

Comes now the United States of America, by and through its undersigned attorney, and asking for an extension of two days because the prosecutor was delayed by Court commitments.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney

...jection having been timely filed
...t to the Local Rules for the
...Rhode Island, the within
...eby granted.

Date: 4-25-06