# United States Court of Appeals
## For the First Circuit

No. 05-2063

JOSE A. DIAZ,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

FILED IN CLERKS OFFICE US COURT OF APPEALS 2005 NOV 30 P 12: 25

Before

Lynch, Circuit Judge,
Campbell, Senior Circuit Judge,
and Lipez, Circuit Judge.

FILED IN CLERKS OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT 2006 AUG 16 P 2: 02

ORDER OF COURT

Entered: November 30, 2005

Petitioner's "supplemental brief," whether viewed as a motion for reconsideration or as a new application for leave to file a second or successive § 2255 petition, is denied as petitioner has not satisfied the stringent standard set forth in 28 U.S.C. § 2255 (¶ 8).

By the Court:
Richard Cushing Donovan, Clerk.

By: ______________________
Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: ______ Date: 8/16/06

[cc: Gerard B. Sullivan, AUSA, Donald Lockhart, AUSA,
Jose A. Diaz]